# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Ihor Hromyak | § | Case No. 16-23304 |
| Lyubov Bezpyatko | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                      219 S. Dearborn Street
                      Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/01/2017 in Courtroom ,
                      Second Floor
                      Joliet City Hall Building
                      150 West Jefferson Street
                      Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/02/2017           By: /s/ Zane L. Zielinski
                                            Chapter 7 Trustee


*Zane L. Zielinski, Trustee*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| Ihor Hromyak | § | Case No. 16-23304 |
| Lyubov Bezpyatko | § | |
| | § | |
| Debtors | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 3,500.00 |
| and approved disbursements of | $ | 10.00 |
| leaving a balance on hand of[1] | $ | 3,490.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Zane L. Zielinski, Trustee | $ 875.00 | $ 0.00 | $ 875.00 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 28.59 | $ 0.00 | $ 28.59 |

| | |
| --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ 903.59 |
| Remaining Balance | $ 2,586.41 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,306.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | $ 1,393.94 | $ 0.00 | $ 196.95 |
| 2 | Discover Bank | $ 1,394.37 | $ 0.00 | $ 197.01 |
| 3 | Discover Bank | $ 2,074.05 | $ 0.00 | $ 293.04 |
| 4 | Cw Nexus Credit Card Holdings L, Llc | $ 794.24 | $ 0.00 | $ 112.22 |
| 5 | Capital One Bank (Usa), N.A. | $ 5,460.49 | $ 0.00 | $ 771.50 |
| 6 | Capital One Bank (Usa), N.A. | $ 2,426.32 | $ 0.00 | $ 342.81 |
| 7 | Midland Funding, Llc | $ 941.84 | $ 0.00 | $ 133.07 |
| 8 | American Express Bank, Fsb | $ 1,789.89 | $ 0.00 | $ 252.88 |
| 9 | Verizon | $ 329.97 | $ 0.00 | $ 46.61 |
| 10 | Portfolio Recovery Associates, Llc | $ 1,700.99 | $ 0.00 | $ 240.32 |

Total to be paid to timely general unsecured creditors    $    2,586.41

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski, Trustee*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 16-23304-PSH
Ihor Hromyak                                                              Chapter 7
Lyubov Bezpyatko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal              Page 1 of 1                Date Rcvd: Nov 07, 2017
                              Form ID: pdf006             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
db/jdb         Ihor Hromyak,    Lyubov Bezpyatko,    111 Enclave Cir,    Unit B,   Bolingbrook, IL  60440-3595
25693636       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
25465689       CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                Greenville, SC 29603-0368
25532691       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC 28272-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25438505        E-mail/Text: bankruptcy@commercebank.com Nov 08 2017 01:13:09     Commerce Bank,
                 P O BOX 419248,   KCREC-10,   Kansas City, MO 64141-6248
25439891        E-mail/Text: mrdiscen@discover.com Nov 08 2017 01:12:14     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
25594414       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 08 2017 01:13:09     Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO BOX 2011,
                 Warren, MI 48090-2011
25731805        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2017 01:18:38
                 Portfolio Recovery Associates, LLC,    Successor to SYNCHRONY BANK,   (WAL-MART),   POB 41067,
                 Norfolk, VA 23541
25719324       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 08 2017 01:18:57     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
              Jeffrey S Harris    on behalf of Debtor 1 Ihor  Hromyak chicagolawyer@aol.com,
               Jeff@windycitylawyer.com;chicagobklawyer@gmail.com;G1648@notify.cincompass.com
              Jeffrey S Harris    on behalf of Debtor 2 Lyubov  Bezpyatko chicagolawyer@aol.com,
               Jeff@windycitylawyer.com;chicagobklawyer@gmail.com;G1648@notify.cincompass.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zane  Zielinski, Trustee    trustee@zanezielinski.com,    zzielinski@ecf.epiqsystems.com
              Zane  Zielinski, Trustee    on behalf of Trustee Zane  Zielinski, Trustee
               trustee@zanezielinski.com,   zzielinski@ecf.epiqsystems.com
                                                                                             TOTAL: 5