UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: § <br> § <br> Ihor Hromyak §     Case No. 16-23304 <br> Lyubov Bezpyatko § <br> § <br> Debtors § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 <br> *(Without deducting any secured claims)* | Assets Exempt: 9,725.00 |
| Total Distributions to Claimants: 2,586.41 | Claims Discharged <br> Without Payment: 161,384.69 |
| Total Expenses of Administration: 913.59 | |

    3) Total gross receipts of $ 3,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 7,531.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 913.59 | 913.59 | 913.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 155,767.00 | 18,306.10 | 18,306.10 | 2,586.41 |
| **TOTAL DISBURSEMENTS** | $ 163,298.00 | $ 19,219.69 | $ 19,219.69 | $ 3,500.00 |

4) This case was originally filed under chapter 7 on 07/20/2016 . The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/30/2018             By: /s/Zane L. Zielinski, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Chevrolet Camaro Mileage: 42000 | 1129-000 | 3,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial, 200 Renaissance Ctr Detroit, MI 48243-1300 | | 7,531.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 7,531.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 875.00 | 875.00 | 875.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 28.59 | 28.59 | 28.59 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 913.59 | $ 913.59 | $ 913.59 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bankamerica, PO Box 982238 El Paso, TX 79998-2238 | | 6,713.00 | NA | NA | 0.00 |
| | Bk of Amer, PO Box 982238 El Paso, TX 79998-2238 | | 1,121.00 | NA | NA | 0.00 |
| | Bk of Amer, PO Box 982238 El Paso, TX 79998-2238 | | 997.00 | NA | NA | 0.00 |
| | Cbna, 50 NW Point Blvd Elk Grove Village, IL 60007-1032 | | 545.00 | NA | NA | 0.00 |
| | Chase Card, PO Box 15298 Wilmington, DE 19850-5298 | | 3,957.00 | NA | NA | 0.00 |
| | Chase Card, PO Box 15298 Wilmington, DE 19850-5298 | | 2,517.00 | NA | NA | 0.00 |
| | Choice Recovery, 1550 Old Henderson Rd Columbus, OH 43220-3626 | | 737.00 | NA | NA | 0.00 |
| | Citi, PO Box 6241 Sioux Falls, SD 57117-6241 | | 2,159.00 | NA | NA | 0.00 |
| | Discover Bank, c/o Blitt & Gaines 661 Glenn Ave Wheeling, IL 60090-6017 | | 1,395.00 | NA | NA | 0.00 |
| | North Mill Equipment Finance, 50 Washington St Fl 10 Norwalk, CT 06854-2751 | | 100,275.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ORT Tech Institutions (Chicago), c/o Amercian Credit Systems PO Box 72849 Roselle, IL 60172-0849 | | 950.00 | NA | NA | 0.00 |
| | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1 Norfolk, VA 23502-4962 | | 1,701.00 | NA | NA | 0.00 |
| | Portfolio Recovery Associates, PO Box 12914 Norfolk, VA 23541-0914 | | 1,701.00 | NA | NA | 0.00 |
| | Republic Bank, Elastic Payment processing PO Box 950276 Louisville, KY 40295-0276 | | 3,500.00 | NA | NA | 0.00 |
| | Sanford Health, Sanford Clinic Fargo Region PO Box 2010 Fargo, ND 58122-0001 | | 1,278.00 | NA | NA | 0.00 |
| | State of MN, Dept of Transportation Financial Operati 395 John Ireland Blvd MSC 215 St Paul, MN 55155 | | 1,745.00 | NA | NA | 0.00 |
| | Syncb/tjx Cos, 4125 Windward Plz Alpharetta, GA 30005-8738 | | 949.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Worthington Public Utilities, 318 9th St Worthington, MN 56187-2382 | | 5,894.00 | NA | NA | 0.00 |
| 8 | American Express Bank, Fsb | 7100-000 | 1,789.00 | 1,789.89 | 1,789.89 | 252.88 |
| 5 | Capital One Bank (Usa), N.A. | 7100-000 | 5,460.00 | 5,460.49 | 5,460.49 | 771.50 |
| 6 | Capital One Bank (Usa), N.A. | 7100-000 | 2,426.00 | 2,426.32 | 2,426.32 | 342.81 |
| 1 | Commerce Bank | 7100-000 | 1,393.00 | 1,393.94 | 1,393.94 | 196.95 |
| 4 | Cw Nexus Credit Card Holdings L, Llc | 7100-000 | 794.00 | 794.24 | 794.24 | 112.22 |
| 2 | Discover Bank | 7100-000 | 1,394.00 | 1,394.37 | 1,394.37 | 197.01 |
| 3 | Discover Bank | 7100-000 | 2,074.00 | 2,074.05 | 2,074.05 | 293.04 |
| 7 | Midland Funding, Llc | 7100-000 | 935.00 | 941.84 | 941.84 | 133.07 |
| 10 | Portfolio Recovery Associates, Llc | 7100-000 | 1,368.00 | 1,700.99 | 1,700.99 | 240.32 |
| 9 | Verizon | 7100-000 | NA | 329.97 | 329.97 | 46.61 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 155,767.00 | $ 18,306.10 | $ 18,306.10 | $ 2,586.41 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-23304 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Ihor Hromyak | | | | Date Filed (f) or Converted (c): | 07/20/2016 (f) |
| | Lyubov Bezpyatko | | | | 341(a) Meeting Date: | 08/15/2016 |
| For Period Ending: | 03/30/2018 | | | | Claims Bar Date: | 06/12/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2011 Chevrolet Camaro Mileage: 42000 | 12,000.00 | 0.00 | | 3,500.00 | FA |
| 2. 1999 Mercedes-Benz Slk-Class Mileage: 86000 | 3,500.00 | 0.00 | | 0.00 | FA |
| 3. Household Furniture | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. Usual Complement Of Mens And Womens Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Misc Items Of Limited Value Jewelry, Necklace, Earings | 1,650.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 7. Chase Bank Checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Bank Of America | 25.00 | 0.00 | | 0.00 | FA |
| 9. Sole Owner Ihor's Transportation Inc, Trucking Co, No Assets | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $20,425.00 | $0.00 | | $3,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee reached a resolution with the Debtors related to the sale of a vehicle, and the Trustee is preparing the final report.

Initial Projected Date of Final Report (TFR): 12/15/2017    Current Projected Date of Final Report (TFR): 12/15/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-23304 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Ihor Hromyak | Bank Name: Associated Bank |
| Lyubov Bezpyatko | Account Number/CD#: XXXXXX1817 |
| | Checking |
| Taxpayer ID No: XX-XXX3948 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/17 | 1 | Law Office of Jeffrey S. Harris Chase Cashier's Check | Settlement Payment (Vehicle) | 1129-000 | $3,500.00 | | $3,500.00 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,490.00 |
| 12/01/17 | 5001 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $903.59 | $2,586.41 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($875.00) | 2100-000 | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($28.59) | 2200-000 | | |
| 12/01/17 | 5002 | Commerce Bank P O Box 419248 Kcrec-10 Kansas City, Mo 64141-6248 | Final distribution to claim 1 representing a payment of 14.13 % per court order. | 7100-000 | | $196.95 | $2,389.46 |
| 12/01/17 | 5003 | Discover Bank Discover Products Inc Po Box 3025 New Albany, Oh 43054-3025 | Distribution | | | $490.05 | $1,899.41 |
| | | Discover Bank | Final distribution to claim 2 representing a payment of 14.13 % per court order. | ($197.01) | 7100-000 | | |
| | | Discover Bank | Final distribution to claim 3 representing a payment of 14.13 % per court order. | ($293.04) | 7100-000 | | |
| 12/01/17 | 5004 | Cw Nexus Credit Card Holdings L, Llc Resurgent Capital Services Po Box 10368 Greenville, Sc 29603-0368 | Final distribution to claim 4 representing a payment of 14.13 % per court order. | 7100-000 | | $112.22 | $1,787.19 |
| 12/01/17 | 5005 | Capital One Bank (Usa), N.A. By American Infosource Lp As Agent Po Box 71083 Charlotte, Nc 28272-1083 | Distribution | | | $1,114.31 | $672.88 |

| | | | Page Subtotals: | | $3,500.00 | $2,827.12 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-23304 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: Ihor Hromyak | Bank Name: Associated Bank | |
| Lyubov Bezpyatko | Account Number/CD#: XXXXXX1817 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3948 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/30/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 5 representing a payment of 14.13 % per court order. ($771.50) | 7100-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 6 representing a payment of 14.13 % per court order. ($342.81) | 7100-000 | | | |
| 12/01/17 | 5006 | Midland Funding, Llc<br>Midland Credit Management, Inc. As Agent For Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Final distribution to claim 7 representing a payment of 14.13 % per court order. | 7100-000 | | $133.07 | $539.81 |
| 12/01/17 | 5007 | American Express Bank, Fsb<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 8 representing a payment of 14.13 % per court order. | 7100-000 | | $252.88 | $286.93 |
| 12/01/17 | 5008 | Verizon<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Final distribution to claim 9 representing a payment of 14.13 % per court order. | 7100-000 | | $46.61 | $240.32 |
| 12/01/17 | 5009 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Wal-Mart)<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 10 representing a payment of 14.13 % per court order. | 7100-000 | | $240.32 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,500.00 | $3,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,500.00 | $3,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,500.00 | $3,500.00 |

Page Subtotals: $0.00 $672.88

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1817 - Checking | $3,500.00 | $3,500.00 | $0.00 |
|  | $3,500.00 | $3,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,500.00 |
| Total Gross Receipts: | $3,500.00 |